# EXHIBIT "A"

IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF TEXAS DALLAS DIVISION

| | | |
|---|---|---|
| ERVIN GLASPY,<br>*Plaintiff,*<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE,<br>*Defendant.* | § § § § § § § § | CIVIL ACTION NO. _____ |

# INDEX OF MATTERS BEING FILED

Pursuant to Rule 81.1 of the Local Rules of the United States District Court for the Northern District of Texas, the following is an index of matters being filed in this case:

1. Notice of Removal;

2. Index of Matters Being Filed;

3. Civil Cover Sheet;

4. Supplemental Civil Case Cover Sheet;

5. A copy of the Dallas County Clerk's file for this case, including:

    a. Copy of the Docket Sheet;

    b. Plaintiff's Original Petition; and

    c. Defendant Liberty Mutual Insurance's Original Answer and Jury Demand.

6. Certificate of Interested Parties.

Respectfully submitted,

LAW OFFICES OF DAVID L. CHUMBLEY, P.C.

By: _____
David L. Chumbley
Texas State Bar No. 24032069

400 Chisholm Place, Suite 101
Plano, Texas 75075
Telephone: (972) 516-8808
Telecopy: (972) 516-8819
E-mail: davidchumbleypc@gmail.com
**ATTORNEY FOR DEFENDANT
LIBERTY MUTUAL INSURANCE**

### CERTIFICATE OF SERVICE

I hereby certify that on July 26th, 2017, a true and correct copy of the foregoing instrument was served pursuant to the Federal Rules of Civil Procedure on the following counsel of record:

James McClenny
J. Zachary Moseley
Sean Patterson
McClenny Moseley & Associates, PLLC
411 N. Sam Houston Parkway E
Suite 200
Houston, Texas 77060

_____
David L. Chumbley