# EXHIBIT "C"

IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF TEXAS DALLAS DIVISION

| | |
|---|---|
| ERVIN GLASPY, § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. _____ |
| § | |
| LIBERTY MUTUAL INSURANCE, § | |
| *Defendant*. § | |
| § | |

## SUPPLEMENTAL CIVIL COVER SHEET FOR CASES REMOVED FROM STATE COURT

This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   Court:  40TH District Court, Ellis County, Texas

   Case Number:  96376

2. **Style of the Case:**  *Ervin Glaspy. v. Liberty Mutual Insurance*

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| **PARTY AND PARTY TYPE** | **ATTORNEY(S)** |
|---|---|
| **LIBERTY MUTUAL INSURANCE,** *Defendant* | David L. Chumbley<br>Texas State Bar No. 24032069<br>LAW OFFICES OF DAVID L. CHUMBLEY, P.C.<br>400 Chisholm Place, Suite 101<br>Plano, Texas 75075<br>Telephone: (972) 516-8808<br>Telecopy:  (972) 516-8819 |

**SUPPLEMENTAL CIVIL COVER SHEET FOR CASES REMOVED FROM STATE COURT – PAGE 1**

| | E-mail: davidchumbleypc@gmail.com |
|---|---|
| **Ervin Glaspy, *Plaintiff*** | James M. McClenny<br>State Bar No. 24091857<br>J. Zachary Moseley<br>State Bar No. 24092863<br>Sean Patterson<br>State Bar No. 24073546<br>McClenny Moseley & Associates, PLLC<br>411 N. Sam Houston Parkway E<br>Suite 200<br>Houston, Texas 77060<br>Telephone: (713) 334-6121<br>Facsimile: (713) 322-5953<br>E-Mail: james@mma-pllc..com<br>Zach@mma-pllc.com<br>Sean@mma-pllc.com |

3. Jury Demand:

   Was a Jury Demand made in State Court?   _X_ Yes        ___ No

   If *"Yes,"* by which party and on what date?

   Ervin Glaspy, Plaintiff          June 21, 2017
   Party / Plaintiff                Date

4. Answer:

   Was an Answer made in State Court? _X_ Yes       ___ No

   If *"Yes,"* by which party and on what date?

   Defendant                        July 14, 2017
   Party / Defendant                Date

   Unserved Parties:

   The following parties have not been served at the time this case was removed:

   Party        Reason(s) for No Service

   N/A          N/A

   Nonsuited, Dismissed or Terminated Parties:

   Please indicate any changes from the style on the State Court papers and the reason for that change:

**SUPPLEMENTAL CIVIL COVER SHEET FOR CASES REMOVED FROM STATE COURT – PAGE 1**

| Party | Reason |
|---|---|
| N/A | N/A |

Claims of the Parties:
The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|---|---|
| **Plaintiff:** | Plaintiff alleges the following causes of action: (i) breach of contract (ii) violations of the Texas Insurance Code, (iii) violations of the Texas Deceptive Trade Practices Act, (iv) breach of common law duty of Good Faith & Fair Dealing. |
| **Defendant:** | Defendant Liberty Mutual Insurance denies Plaintiff's allegations. |